**Order filed February 6, 2015**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-01029-CV
_____

### In the Interest of A.L.H., Child

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2014-00466J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. The record has been filed and appellant's brief is due February 23, 2015. The clerk's record reflects counsel Oliver W. Sprott, Jr. filed a motion to withdraw and for appointment of appellate counsel on December 24, 2014. The record does not contain a ruling on that motion. Accordingly, we issue the following order.

We ORDER the judge of the 313th District Court to consider counsel's request to withdraw. If current counsel is permitted to withdraw, the judge shall appoint new appellate counsel for appellant. The judge shall see that a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders permitting counsel

to withdraw and appointing new counsel. Those records shall be filed with the clerk of this court on or before **February 17, 2015**.


PER CURIAM